**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

ROSEMARY LAND HYMAN

                                                                                                                **PLAINTIFF**

vs.                                                              **CIVIL ACTION NO. 3:13-CV-1027-HTW-LRA**

CAROLYN W. COLVIN                                                       **DEFENDANT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes on pursuant to the Report and Recommendation of United States Magistrate Judge Linda R. Anderson. Based upon the evidence therein contained, this court hereby adopts the Report and Recommendation of the United States Magistrate Judge as the order of this court. The plaintiff's motion to remand and reverse [docket no. 13] is denied and the defendant's motion to affirm the Commissioner's decision is granted.

**SO ORDERED AND ADJUDGED, this the 9th day of December, 2014.**

                                                                                            s/ HENRY T. WINGATE
                                                                                           UNITED STATES DISTRICT JUDGE